UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CR. NO. 20-mj-109 (RMM) |
| | : | |
| **JOSUE RODAS, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Santha Sonenberg, counsel for Mirian Vanessa Ortega, and Eugene Ohm, counsel for Josue Eduardo Rodas, hereby submit the following Joint Status Report:

Pursuant to the Court's June 16, 2020 Minute Order, the parties conferred and submit the following:

1. On or about June 12, 2020, the defendants had their initial appearance. At the initial appearance, a preliminary hearing was scheduled for Wednesday, June 24, 2020 at 11:30 AM.

2. At this time, the government and both defendants are prepared to move forward with the preliminary hearing on June 24, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Kaitlin A. Vaillancourt | Santha Sonenberg |
| Assistant United States Attorney | 5217 42nd Street, N.W. |
| D.C. Bar No. 1027737 | Washington, D.C. 20015 |
| 555 Fourth Street, N.W., Room 4207 | (202) 494-7083 |
| Washington, D.C. 20530 | santhasonenberg@yahoo.com |
| 202-252-2421 | Attorney for Mirian Vanessa Ortega |
| kaitlin.vaillancourt@usdoj.gov | |

/s/
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500
eugene_ohm@fd.org
Attorney for Josue Eduardo Rodas